IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIPS WAYNE
STEWART                                                                                                    PLAINTIFF

v.                                              Case No. 2:14-CV-06143

FREDDIE OTTS; and JADA
LAWRENCE                                                                                              DEFENDANTS

## O R D E R

Currently before the Court are the findings and recommendations (Doc. 36) and amended findings and recommendations (Doc. 37) of the Honorable Barry R. Bryant, Chief United States Magistrate Judge for the Western District of Arkansas.  Also before the Court are Plaintiff's objections (Doc. 38), and Plaintiff's motion for partial summary judgment (Doc. 39) filed after the amended report and recommendation by the Magistrate judge.  Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's amended findings and recommendations and that the Magistrate's report does not otherwise contain any clear error, and Plaintiff's motion for partial summary judgment is denied as the issues raised in the motion were addressed in the amended findings and recommendations by the Magistrate judge.

The Magistrate's amended report (Doc. 36 and 37) is therefore ADOPTED IN ITS ENTIRETY.  Accordingly, for the reasons set forth in the report, IT IS ORDERED that Defendants' motion to dismiss the second amended complaint and to revoke *in forma pauperis* status (Doc. 25) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.  Furthermore, the Court finds that Plaintiff has filed three lawsuits that qualify as strikes under the Prison Litigation Reform Act (PLRA) Pub. L. No. 104-134, 110 Stat. 1321, and the clerk of this court is directed to

provisionally file any new action in which Phillips Dewayne Stewart seeks to proceed IFP, and the magistrate judge shall then review the action and, if it is a civil action, rather than a criminal or habeas case, and, if Stewart has not asserted a valid claim that he is under imminent danger of serious physical injury, the magistrate judge shall recommend that IFP status be denied.

Plaintiff's motion to amend relief (Doc. 35) and motion for partial summary judgment (Doc. 39) are DENIED as the issues in those motions have been addressed in the amended report and recommendation, and this order adopting the amended report and recommendation in its entirety. Defendants' motion to dismiss (Doc. 21) the original complaint is MOOT by this order granting the Defendants' motion to dismiss the second amended complaint and to revoke *in forma pauperis* status (Doc. 25).

Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE