IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIPS WAYNE
STEWART                                                                    PLAINTIFF

v.                                    Case No. 2:14-CV-06143

FREDDIE OTTS; and JADA
LAWRENCE                                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 26th day of September, 2016.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE